# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. DISTRICT COURT**   *DISTRICT OF NEW JERSEY*
(DISTRICT/STATE)         (LOCATION)

**U.S. TAX COURT   (   )**

**CIRCUIT COURT
DOCKET NUMBER** _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

*UNITED STATES*                        **DISTRICT OR
                                        TAX COURT
                                        DOCKET NO.**  12-cr–00303   (NLH)

vs.

**JOSEPH   SAXON**                     **DISTRICT OR
                                        TAX COURT
                                        JUDGE**     Hon.  NOEL L.  HILLMAN

Notice is hereby given that   **JOSEPH   SAXON**

appeals to the United States Court of Appeals for the Third Circuit from ( X ) Judgment of Sentence

(  ) Order    (  ) Other   (Specify) _____

entered in this action on   **JULY   31, 2015**   .

DATED:       August 12, 2015

 s/  David Rudenstein   DSR2977          *AUSA R. DAVID WALK, Jr. , Esquire*
 Counsel for Appellant -- Signature       Counsel for Appellee

  *DAVID RUDENSTEIN*                      Camden Federal Bldg & US Courthouse
   Name of Counsel - Typed                          Address
                                          401 Market Street,   4th floor
  *9411 Evans Street*                     Camden,   New Jersey   08101
         Address

   Philadelphia, PA    19115              *(856)* 757-5026
                                          Tel. No. - U.S. Gov't FTS or Other


 *(215) 464-7890*    Cell:  (215) 480-2506
Tel. No. -

Note:  USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be
       listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Eastern District of Penna. |
| | | Lower Court Docket: |
| v. | : | **12-cr–00303** |
| **JOSEPH   SAXON** | : | |

# <u>NOTICE OF APPEAL</u>

    Defendant Joseph Saxon, by and through his CJA appointed counsel, David Rudenstein, Esquire, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment and Sentence, entered on July 31, 2015, before the Honorable Noel L. Hillman.

    Respectfully submitted by:

    *s/ David Rudenstein    DSR2977*
**DAVID RUDENSTEIN, Esquire**
Attorney for Defendant Saxon